# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Robert Zeidman,<br><br>                           Petitioner,<br><br>          v.<br><br>Lindell Management LLC,<br><br>                           Respondent. | Case No. 0:23-cv-01433-JRT-DJF<br><br><br>**LINDELL MANAGEMENT'S<br>MOTION TO DISMISS** |

Pursuant to Fed. R. Civ. P. 12 and Local Rule 7.1, Respondent Lindell Management

LLC moves this Court for an order dismissing Petitioner Robert Zeidman's Petition for

Order Confirming Arbitration Award.


**PARKER DANIELS KIBORT LLC**

Dated:     June 16, 2023          By:   */s/ Andrew D. Parker*
                                        Andrew Parker (#195042)
                                        Alec J. Beck (#201133)
                                        888 Colwell Building
                                        123 N. Third Street
                                        Minneapolis, MN 55401
                                        612-355-4100
                                        *parker@parkerdk.com*
                                        *beck@parkerdk.com*

                                        *Attorneys for Respondent Lindell*
                                        *Management, LLC*