# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Robert Zeidman,<br><br>    Petitioner,<br><br>v.<br><br>Lindell Management LLC,<br><br>    Respondent. | Case No. 0:23-cv-01433-JRT-DJF<br><br>**NOTICE OF HEARING** |

**TO: PETITIONER ROBERT ZEIDMAN AND THEIR RESPECTIVE COUNSEL OF RECORD.**

PLEASE TAKE NOTICE that, on a date to be determined, before the Honorable John R. Tunheim, United States District Judge for the District of Minnesota, Respondent Lindell Management LLC will move this Court for an order dismissing Petitioner Robert Zeidman's Petition for Order Confirming Arbitration Award.

                 **PARKER DANIELS KIBORT LLC**

Dated: June 16, 2023   By: */s/ Andrew D. Parker*
                 Andrew Parker (#195042)
                 Alec J. Beck (#201133)
                 888 Colwell Building
                 123 N. Third Street
                 Minneapolis, MN 55401
                 612-355-4100
                 *parker@parkerdk.com*
                 *beck@parkerdk.com*

                 *Attorneys for Respondent Lindell Management, LLC*