IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Robert Zeidman,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>Lindell Management LLC,<br><br>　　　　　　　　Respondent. | Case No. 0:23-cv-01433-JRT-DJF<br><br>**LOCAL RULE 7.1<br>WORD COUNT COMPLIANCE<br>CERTIFICATE** |

　　I, Andrew D. Parker, hereby certify that Respondent Lindell Management LLC Memorandum of Law in Motion to Dismiss complies with Local Rules 7.1(f) and 7.1(h).

　　I further certify that in preparation of this memorandum, I used Microsoft Word for Office 365 MSO version 2105 and that this word processing program has been applied specifically to include all text, including headings, footnotes and quotations in the following word count. I further certify that the above-referenced memorandum contains a total of 956 words, exclusive of the caption, table of contents and signature block.

## PARKER DANIELS KIBORT LLC

Dated: June 16, 2023    By: */s/ Andrew D. Parker*
Andrew Parker (#195042)
Alec J. Beck (#201133)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
612-355-4100
*parker@parkerdk.com*
*beck@parkerdk.com*

*Attorneys for Respondent Lindell Management LLC*