# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Robert Zeidman,<br><br>　　　　　　　　Petitioner,<br><br>v.<br><br>Lindell Management LLC,<br><br>　　　　　　　　Respondent. | Case No. 0:23-cv-01433-JRT-DJF<br><br>**MEET AND CONFER STATEMENT** |

　　　　I, Andrew D. Parker, representing Respondent, hereby certify that:

I met and conferred with the opposing party by:

　　　　Meeting by phone with: Cary Joshi, counsel for Petitioner Robert Zeidman.

　　　　On:  June 12, 2023

　　　　Discussing the following motion: Respondent Lindell Management LLC's Motion to Dismiss.

As a result of the meet-and-confer, the parties:

　　　　X　Do not agree on the resolution of any part of the motion.

　　　　☐　Agreed on all part of the motion and request that the Court incorporate the following agreement in an order.

**PARKER DANIELS KIBORT LLC**

Dated: June 16, 2023     By: */s/ Andrew D. Parker*
                             Andrew Parker (#195042)
                             Alec J. Beck (#201133)
                             888 Colwell Building
                             123 N. Third Street
                             Minneapolis, MN 55401
                             612-355-4100
                             *parker@parkerdk.com*
                             *beck@parkerdk.com*

                             *Attorneys for Respondent Lindell Management LLC*