IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Robert Zeidman,<br><br>     Petitioner,<br><br>  v.<br><br>Lindell Management LLC,<br><br>     Respondent. | Case No. 0:23-cv-01433-JRT-DJF<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS** |

  The Court, having considered Respondent Lindell Management LLC's ("Lindell Management") Motion to Dismiss and supporting papers, Petitioner Robert Zeidman's Opposition and supporting papers, Lindell Management's Reply, arguments of counsel and the record herein, hereby **GRANTS** Lindell Management's Motion. Petitioner Robert Zeidman's Petition for Order Confirming Arbitration Award is hereby dismissed.

  **SO ORDERED.**


Dated: _____  By: _____
               Honorable John R. Tunheim
               United States District Judge
               United States District Court for the District
               of Minnesota