UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Lindell Management LLC Litigation | Case No. 23-cv-1433 (JRT/DJF)<br><br>**LOCAL RULE 7.1 WORD COUNT COMPLIANCE CERTIFICATE** |

I, Cary Joshi, hereby certify that Robert Zeidman's Opposition to Lindell Management, LLC's Motion to Dismiss Petition for Confirmation of Arbitration Award complies with Local Rules 7.1(f) and 7.1(h).

I further certify that in preparation of this opposition brief, I used Microsoft Word for Office 365 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that the above-referenced opposition brief contains a total of 955 words, exclusive of the caption and signature block.

DATED: June 28, 2023

BAILEY & GLASSER LLP

By: */s/ Cary Joshi*
Brian A. Glasser (admitted *pro hac vice*)
Cary Joshi (admitted *pro hac vice*)
1055 Thomas Jefferson St, Suite 540
Washington, DC 20007
T: (202) 463-2101
F: (202) 463-2103
bglasser@baileyglasser.com

1

2

cjoshi@baileyglasser.com

NICHOLS KASTER, PLLP

David E. Schlesinger (MN# 0387009)
4700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
T: 612-256-3277
F: 612-338-4878
schlesinger@nka.com

*Attorneys for Plaintiff*