# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Lindell Management LLC Litigation | Case No. 23-cv-1433 (JRT/DJF) <br><br> **DECLARATION OF CARY JOSHI** |

I, Cary Joshi, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney with Bailey & Glasser LLP. I am over the age of 18 and make this declaration upon my personal knowledge.

2. The Panel that issued the unanimous Reasoned Decision and Final Award, dated April 19, 2023 was comprised of three individuals. One of the arbitrators was chosen by Lindell, one by Mr. Zeidman and the third was proposed by Lindell and accepted by Zeidman.

3. Lindell Management LLC's petition to vacate was served on Robert Zeidman on May 24, 2023.

4. I declare under penalty of perjury that pursuant to the laws of the United States of America that the foregoing is true and correct.

DATED: June 28, 2023

**BAILEY & GLASSER LLP**

1

2

/s/ *Cary Joshi*
Cary Joshi
*Attorney for Petitioner Robert Zeidman*