# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Lindell Management LLC Litigation | Case No. 23-cv-1433 (JRT/DJF) <br><br> **JOINT STIPULATION TO FACTUAL RECORD** |

Pursuant to the Court's Pretrial Scheduling Order dated July 25, 2023, counsel for the parties, Robert Zeidman and Lindell Management LLC ("Lindell"), met, conferred and agreed that for the purposes of these proceedings the factual record shall consist of:

(1) the transcript of the arbitration hearing that took place from January 17-19, 2023, in Minneapolis, Minnesota;

(2) all exhibits used or referred to by either party or the arbitrators at the arbitration hearing;

(3) all filings in this case; and

(4) any materials of which the court may take judicial notice.

There are no disputes regarding the content of the factual record.

**PARKER DANIELS KIBORT LLC**

DATE: July 31, 2023         By:   /s/ Alec J. Beck
Andrew D. Parker (#195402)
Alec J. Beck (#201133)
Colewell Building
123 North Third Street, Suite 888
Minneapolis, MN 55401
Telephone: (612) 355-4100
Parker@ParkerDK.com
Beck@ParkerDK.com

*Attorneys for Lindell Management, LLC*

**BAILEY & GLASSER LLP**

By: /s/ Cary Joshi
Brian A. Glasser (admitted *pro hac vice*)
Cary Joshi (admitted *pro hac vice*)
1055 Thomas Jefferson St, Suite 540
Washington, DC 20007
T: (202) 463-2101
F: (202) 463-2103
bglasser@baileyglasser.com
cjoshi@baileyglasser.com

David E. Schlesinger (MN# 0387009)
4700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
T: 612-256-3277
F: 612-338-4878
schlesinger@nka.com

*Attorneys for Robert Zeidman*