# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Lindell Management LLC Litigation | Case No. 23-cv-1433 (JRT/DJF) <br><br> **ROBERT ZEIDMAN'S MOTION TO CONFIM THE ARBITRATION AWARD** |

Robert Zeidman hereby moves the Court, pursuant to 9 U.S.C. § 13 and the Court's pre-trial scheduling order dated July 25, 2023, for an order granting its motion to confirm the arbitration award, denying Lindell Management LLC's petition to vacate that same award and ordering Lindell Management LLC to pay the award in 15 days from the date of the order.  This motion is based upon the accompanying Memorandum of Law and the factual record stipulated to by the parties.

DATED: August 4, 2023

                                                      **BAILEY & GLASSER LLP**

                                                      By: */s/ Cary Joshi*
                                                             Brian A. Glasser (admitted *pro hac vice*)
                                                             Cary Joshi (admitted *pro hac vice*)
                                                             1055 Thomas Jefferson St, Suite 540
                                                             Washington, DC 20007
                                                             T: (202) 463-2101
                                                             F: (202) 463-2103
                                                             bglasser@baileyglasser.com
                                                             cjoshi@baileyglasser.com

2

David E. Schlesinger (MN# 0387009)
4700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
T: 612-256-3277
F: 612-338-4878
schlesinger@nka.com

*Attorneys for Robert Zeidman*