UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Lindell Management LLC Litigation | Case No. 23-cv-1433 (JRT/DJF) <br><br> **ROBERT ZEIDMAN'S NOTICE OF HEARING ON MOTION TO CONFIM THE ARBITRATION AWARD** |

TO: Lindell Management, LLC and their counsel of record, Andrew D. Parker and Alec J. Beck, Parker Daniels Kobert, LLC, Colewell Building, 123 North Third Street, Suite 888, Minneapolis, MN 55401:

PLEASE TAKE NOTICE that pursuant to the Court's scheduling order dated July 25, 2023 (ECF No. 20), once this motion to confirm filed by the Robert Zeidman is fully briefed and filed, counsel for Mr. Zeidman will email Judge John R. Tunheim's chambers to request a hearing date and upon receiving such date, time and location will then file an amended notice of hearing.

DATED: August 4, 2023

                                               **BAILEY & GLASSER LLP**

                                               By: */s/ Cary Joshi*
                                                   Brian A. Glasser (admitted *pro hac vice*)
                                                   Cary Joshi (admitted *pro hac vice*)
                                                   1055 Thomas Jefferson St, Suite 540
                                                   Washington, DC 20007
                                                   T: (202) 463-2101
                                                   F: (202) 463-2103
                                                   bglasser@baileyglasser.com
                                                   cjoshi@baileyglasser.com

2

David E. Schlesinger (MN# 0387009)
4700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
T: 612-256-3277
F: 612-338-4878
schlesinger@nka.com

*Attorneys for Robert Zeidman*