UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Lindell Management LLC Litigation | Case No. 23-cv-1433 (JRT/DJF) <br><br> **[PROPOSED] ORDER GRANTING ROBERT ZEIDMAN'S MOTION TO CONFIM THE ARBITRATION AWARD** |

The above-entitled matter came on for hearing before the Honorable John R. Tunheim on _____, 2023. The parties appeared by their respective counsel.

Based upon all of the files, records, proceedings, affidavits, arguments of counsel, and pursuant to 9 U.S.C. § 13:

**IT IS HEREBY ORDERED** that:

1. Robert Zeidman's Motion to Confirm the Arbitration Award is GRANTED in its entirety.

2. Lindell Management, LLC's Petition to Vacate the Arbitration Award is DENIED in its entirety.

3. Lindell Management, LLC is ORDERED to pay the award within 15 days of this order, including post-judgment interest calculated from April 19, 2023 to the day of payment.

4. There being no just cause for delay, the Clerk of Court is directed to enter confirmation of the arbitration award in favor of Robert Zeidman.

1

2

Dated: _____, 2023          _____

                                                                The Honorable John R. Tunheim
United States District Court Judge