# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Lindell Management LLC Litigation | Case No. 0:23-cv-01433-JRT-DJF <br><br> **DECLARATION OF ALEC J. BECK** |

I, Alec J. Beck, state and declare as follows:

1. I am an attorney with the law firm of Parker Daniels Kibort LLC and I am one of the attorneys representing Lindell Management, LLC in the above-referenced case, and as such have personal knowledge of the facts stated below. I submit this Declaration in support of Lindell Management, LLC's Memorandum of Law Opposing Robert Zeidman's Motion to Confirm Arbitration Award.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts from arbitration transcript day one dated January 17, 2023.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

**PARKER DANIELS KIBORT LLC**

Dated: August 25, 2023   By: */s/ Alec J. Beck*
Andrew Parker (#195042)
Alec J. Beck (#201133)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
612-355-4100
*parker@parkerdk.com*
*beck@parkerdk.com*

*Attorneys for Respondent Lindell Management, LLC*