IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Lindell Management LLC Litigation | Case No. 0:23-cv-01433-JRT-DJF |

**LOCAL RULE 7.1 WORD COUNT COMPLIANCE CERTIFICATE**

I, Alec J. Beck, hereby certify that Lindell Management, LLC's Memorandum of Law in Opposition to Robert Zeidman's Motion to Confirm Arbitration Award complies with Local Rules 7.1(f).

I further certify that in preparation of this memorandum, I used Microsoft Word for Office 365 MSO version 2105 and that this word processing program has been applied specifically to include all text, including headings, footnotes and quotations in the following word count. I further certify that the above-referenced memorandum contains a total of 2493 words, exclusive of the caption and signature block.

DATED: August 25, 2023.          **PARKER DANIELS KIBORT LLC**

By */s/ Alec J. Beck*
Andrew D. Parker (#195042)
Alec J. Beck (#201133)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
parker@parkerdk.com
beck@parkerdk.com

*Attorneys for Respondent Lindell Management, LLC*