PARKER | DANIELS | KIBORT

September 15, 2023

**VIA ELECTRONIC CASE FILING**

The Honorable John Tunheim
Judge of District Court
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

RE: In Re: Lindell Management, LLC Litigation
Case No. 23-CV-1433 (JRT/DJF)

Judge Tunheim:

To the extent that a response is allowed or necessary to Mr. Zeidman's second letter dated September 15, 2023 (ECF # 33), Lindell Management does not agree that its position regarding its motion to vacate has been fully aired in the motion to enforce. Lindell Management's response papers were just that, a response to the motion to enforce papers filed by Mr. Zeidman. Lindell Management's position regarding its motion to vacate was not fully laid out in its responsive brief to the Zeidman motion to enforce. Lindell Management will instead make a detailed argument under the Federal Arbitration Act regarding vacating awards when it files its initial brief on its motion to vacate. The motions are separate, with independent authority, though being heard as cross motions.

Sincerely,

*/s/ Andrew D. Parker*

Andrew D. Parker

ADP:JT
c: All Counsel of Record, via ECF

ANDREW D. PARKER
CHRISTOPHER M. DANIELS
JESSE H. KIBORT
LORI A. JOHNSON
ELIZABETH S. WRIGHT
ALEC J. BECK
JOSEPH A. PULL
CHRISTOPHER C. GRECIAN
NATHANIEL R. GREENE
RYAN P. MALONE
CODY J. BLADES
JORDON C. GREENLEE
ABRAHAM S. KAPLAN
GREGORY N. ARENSON
ALEX A. HERMAN
AMANDA K. OLIVER

FREDERICK C. BROWN
 OF COUNSEL

888 Colwell Building
123 Third Street North
Minneapolis, MN 55401

parkerdk.com

Tel: 612.355.4100
Fax: 612.355.4101