## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Lindell Management LLC Litigation | Case No. 0:23-cv-01433-JRT-DJF  <br><br>**LINDELL MANAGEMENT LLC'S MOTION TO VACATE ARBITRATION AWARD** |

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 10(a)(4), and Federal Rule of Civil Procedure 12, and Local Rule 7.1, Respondent Lindell Management LLC moves this Court for an Order vacating the arbitration award in favor of Robert Zeidman.

Dated October 10, 2023.          **PARKER DANIELS KIBORT LLC**

By */s/ Alec J. Beck*
   Andrew D. Parker (#195042)
   Alec J. Beck (#201133)
   888 Colwell Building
   123 N. Third Street
   Minneapolis, MN 55401
   Telephone: (612) 355-4100
   parker@parkerdk.com
   beck@parkerdk.com

   *Attorneys for Respondent Lindell Management LLC*