# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Lindell Management LLC Litigation | Case No. 0:23-cv-01433-JRT-DJF<br><br>**LINDELL MANAGEMENT LLC'S NOTICE OF MOTION TO VACATE ARBITRATION AWARD** |

**TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on a date and time to be determined, before the Honorable John R. Tunheim, United States Judge for the District of Minnesota, at the United States District Courthouse, located at 300 South Fourth Street, Minneapolis, MN 55415, Courtroom 14E, Respondent Lindell Management LLC, pursuant to the Federal Arbitration Act, 9 U.S.C. § 10(a)(4), and Federal Rule of Civil Procedure 12, and Local Rule 7.1, will move this Court for an Order vacating the arbitration award in favor of Robert Zeidman.

Dated October 10, 2023.

**PARKER DANIELS KIBORT LLC**

By */s/ Alec J. Beck*
Andrew D. Parker (#195042)
Alec J. Beck (#201133)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
parker@parkerdk.com
beck@parkerdk.com

*Attorneys for Respondent Lindell Management LLC*