## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| | Case No. 0:23-cv-01433-JRT-DJF |
| In re: Lindell Management LLC Litigation | **LOCAL RULE 7.1 WORD COUNT COMPLIANCE CERTIFICATE** |

I, Alec J. Beck, hereby certify that Lindell Management LLC's Memorandum of Law in Support of Motion to Vacate Arbitration Award complies with Local Rules 7.1(f) and 7.1(h).

I further certify that in preparation of this memorandum, I used Microsoft Word for Office 365 MSO version 2105 and that this word processing program has been applied specifically to include all text, including headings, footnotes and quotations in the following word count. I further certify that the above-referenced memorandum contains a total of 4,293 words, exclusive of the caption and signature block.

Dated October 10, 2023.

**PARKER DANIELS KIBORT LLC**

By */s/ Alec J. Beck*
Andrew D. Parker (#195042)
Alec J. Beck (#201133)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
parker@parkerdk.com
beck@parkerdk.com

*Attorneys for Respondent Lindell Management LLC*