UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Lindell Management LLC Litigation | Case No. 0:23-cv-01433-JRT-DJF<br><br>**[PROPOSED] ORDER GRANTING LINDELL MANAGEMENT LLC'S MOTION TO VACATE ARBITRATION AWARD** |

The above-entitled matter came on for hearing before the Honorable John R. Tunheim on _____, 2023. The parties appeared by their respective counsel.

Based upon all of the files, records, proceedings, affidavits, arguments of counsel, and pursuant to 9 U.S.C. § 13:

**IT IS HEREBY ORDERED** that:

1. Lindell Management LLCs Motion to Vacate the Arbitration Award is GRANTED in its entirety.

2. Lindell Management LLC's Petition to Vacate the Arbitration Award is GRANTED in its entirety.

3. There being no just cause for delay, the Clerk of Court is directed to enter to vacate the arbitration award in question.

Dated: _____, 2023

_____
The Honorable John R. Tunheim
United States District Court Judge