UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Lindell Management LLC Litigation | Case No. 0:23-cv-01433-JRT-DJF <br><br> **LINDELL MANAGEMENT LLC'S MEET AND CONFER STATEMENT** |

I, Alec J. Beck, am one of the attorneys representing Lindell Management LLC in the above-captioned matter. I hereby certify that on August 4, 2023, I met and conferred with counsel of record regarding this motion. The parties were unable to resolve the issues raised in this Motion.

Dated October 11, 2023.   **PARKER DANIELS KIBORT LLC**

By */s/ Alec J. Beck*
Andrew D. Parker (#195042)
Alec J. Beck (#201133)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
parker@parkerdk.com
beck@parkerdk.com

*Attorneys for Respondent Lindell Management, LLC*