## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Lindell Management LLC Litigation | Case No. 0:23-cv-01433-JRT-DJF<br><br>**LOCAL RULE 7.1 WORD COUNT COMPLIANCE CERTIFICATE** |

I, Alec J. Beck, hereby certify that Lindell Management LLC's Reply in Support of Motion to Vacate Arbitration Award complies with Local Rules 7.1(f) and 7.1(h).

I further certify that in preparation of this memorandum, I used Microsoft Word for Office 365 MSO version 2105 and that this word processing program has been applied specifically to include all text, including headings, footnotes and quotations in the following word count. I further certify that the above-referenced memorandum contains a total of 1384 words, exclusive of the caption and signature block.

Dated October 27, 2023.      **PARKER DANIELS KIBORT LLC**

By */s/ Alec J. Beck*
  Andrew D. Parker (#195042)
  Alec J. Beck (#201133)
  888 Colwell Building
  123 N. Third Street
  Minneapolis, MN 55401
  Telephone: (612) 355-4100
  parker@parkerdk.com
  beck@parkerdk.com

  *Attorneys for Respondent Lindell Management LLC*