# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Lindell Management LLC Litigation | Case No. 23-cv-1433 (JRT/DJF) |
| | **ROBERT ZEIDMAN'S AMENDED NOTICE OF HEARING ON MOTION TO CONFIM THE ARBITRATION AWARD** |

TO: Lindell Management, LLC and their counsel of record, Andrew D. Parker and Alec J. Beck, Parker Daniels Kobert, LLC, Colewell Building, 123 North Third Street, Suite 888, Minneapolis, MN 55401:

PLEASE TAKE NOTICE that Robert Zeidman will bring a Motion to Confirm the Arbitration Award at a hearing at 10:00 AM on January 3, 2024.

DATED: December 6, 2023

**BAILEY & GLASSER LLP**

By: */s/ Cary Joshi*
Brian A. Glasser (admitted *pro hac vice*)
Cary Joshi (admitted *pro hac vice*)
1055 Thomas Jefferson St, Suite 540
Washington, DC 20007
T: (202) 463-2101
F: (202) 463-2103
bglasser@baileyglasser.com
cjoshi@baileyglasser.com

David E. Schlesinger (MN# 0387009)
4700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
T: 612-256-3277

1

F: 612-338-4878
schlesinger@nka.com

*Attorneys for Robert Zeidman*