# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Lindell Management LLC Litigation | Case No. 0:23-cv-01433-JRT-DJF<br><br>**AMENDED NOTICE OF MOTION TO VACATE ARBITRATION AWARD** |

TO: ROBERT ZEIDMAN AND HIS ATTORNEYS BRIAN GLASSER AND CARY JOSHI, BAILEY & GLASSER LLP, 1055 THOMAS JEFFERSON STREET, WASHINGTON, DC 20007 AND DAVID SCHLESINGER, NICHOLS KASTER, 80 SOUTH EIGHTH STREET, MINNEAPOLIS, MN 55402

**PLEASE TAKE NOTICE** that on January 3, 2024 at 10:00 a.m., before the Honorable John R. Tunheim, Lindell Management LLC will move this Court for an Order Vacating the arbitration award between the Parties in the above matter. This Motion will be based upon all the files, exhibits and memoranda herein, and upon the arguments of Counsel.

**PARKER DANIELS KIBORT LLC**

Dated: December 6, 2023    By: */s/ Alec J. Beck*
Andrew Parker (#195042)
Alec J. Beck (#201133)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
612-355-4100
*parker@parkerdk.com*
*beck@parkerdk.com*

*Attorneys for Respondent Lindell Management, LLC*