# UNITED STATES DISTRICT COURT
### District of Minnesota

Robert Zeidman,

**JUDGMENT IN A CIVIL CASE**

Petitioner(s),

v.

Case Number: 23-cv-1433 JRT/DJF

Lindell Management LLC,

Respondent(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff's Motion to Confirm Arbitration Award [Docket No. 22] is **GRANTED**.

2. Defendant's Motion to Vacate Arbitration Award [Docket No. 35] is **DENIED**.

3. Plaintiff is awarded $5 million plus post-judgment interest beginning April 19, 2023, to be paid within 30 days of issuance of this Order, per the Arbitration Award.

Date: 2/22/2024

KATE M. FOGARTY, CLERK

1