# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Lindell Management LLC Litigation | Case No. 0:23-cv-01433-JRT-DJF<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

Pursuant to Local Rule 83.7(b), this is Notice that attorneys Andrew D. Parker and Alec J. Beck of Parker Daniels Kibort LLC, hereby withdraws as counsel for Respondent Lindell Management LLC, in the above-captioned case and this is further Notice that attorney Thomas F. Miller of Thomas F. Miller, P.A., hereby makes his appearance as substitute counsel now representing Respondent Lindell Management LLC.

**THOMAS F. MILLER, P.A.**

Dated:   March 20, 2024       By:   */s/ Thomas F. Miller*
Thomas F. Miller (#73477)
1000 Superior Blvd., Suite 303
Wayzata, MN 55391
Phone: (612) 991-5992
Fax: (952) 404-3893
*thomas@millerlaw.com*