**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: Lindell Management LLC Litigation | Case No. 0:23-cv-01433-JRT-DJF <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL** |

Pursuant to Local Rule 83.7(b), this is Notice that attorneys Andrew D. Parker and Alec J. Beck of Parker Daniels Kibort LLC hereby withdraw as counsel for Respondent Lindell Management LLC, in the above-captioned case and this is further Notice that attorney Thomas F. Miller of Thomas F. Miller, P.A., hereby makes his appearance as substitute counsel now representing Respondent Lindell Management LLC.

**THOMAS F. MILLER, P.A.**

Dated:   March 20, 2024          By:  */s/ Thomas F. Miller*
                                                  Thomas F. Miller (#73477)
                                                  1000 Superior Blvd., Suite 303
                                                  Wayzata, MN 55391
                                                  Telephone: (612) 991-5992
                                                  thomas@millerlaw.com

Dated: March 20, 2024          **PARKER DANIELS KIBORT LLC**

                                      By */s/ Alec J. Beck*
                                          Andrew D. Parker (#195042)
                                          Alec J. Beck (#201133)
                                          888 Colwell Building
                                          123 N. Third Street
                                          Minneapolis, MN 55401
                                          Telephone: (612) 355-4100
                                          parker@parkerdk.com
                                          beck@parkerdk.com
                                          beck@parkerdk.com