UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Lindell Management LLC Litigation | Case No. 0:23-cv-01433-JRT-DJF |

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), notice is hereby given in the above-captioned case that Lindell Management LLC appeals to the United States Court of Appeals for the Eighth Circuit. Lindell Management LLC appeals from the Judgment entered by the U.S. District Court for the District of Minnesota on February 22, 2024, Docket No. 46.

**THOMAS F. MILLER, P.A.**

Dated: March 21, 2024      By: */s/ Thomas F. Miller*
Thomas F. Miller (#73477)
1000 Superior Blvd., Suite 303
Wayzata, MN 55391
Phone: (612) 991-5992
Fax: (952) 404-3893
*thomas@millerlaw.com*

*Attorney for Respondent Lindell Management, LLC*