UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Lindell Management LLC Litigation | Case No. 23-cv-1433 (JRT/DJF) <br><br> **ROBERT ZEIDMAN'S MOTION TO COMPEL RESPONSES TO POST-JUDGMENT DISCOVERY** |

Robert Zeidman hereby moves the Court, pursuant to Federal Rule of Civil Procedure 37(b), for an order compelling Lindell Management LLC to produce documents and respond, in writing and without objection, to Mr. Zeidman's post-judgment interrogatories and requests for production of documents served by Mr. Zeidman on February 22, 2024.  A memorandum of law in support of this motion will be electronically filed by Mr. Zeidman on or before May 8, 2024, in accordance with Local Rule 7.1.

DATED: April 23, 2024

                                                  **BAILEY & GLASSER LLP**

                                                  By: */s/ Cary Joshi*
                                                        Brian A. Glasser (admitted *pro hac vice*)
                                                        Cary Joshi (admitted *pro hac vice*)
                                                        1055 Thomas Jefferson St, Suite 540
                                                       Washington, DC 20007
                                                        T: (202) 463-2101
                                                       F: (202) 463-2103
                                                       bglasser@baileyglasser.com
                                                       cjoshi@baileyglasser.com

2

David E. Schlesinger (MN# 0387009)
4700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
T: 612-256-3277
F: 612-338-4878
schlesinger@nka.com

*Attorneys for Robert Zeidman*