UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Lindell Management LLC Litigation | Case No. 23-cv-1433 (JRT/DJF)<br><br>**ROBERT ZEIDMAN'S NOTICE OF HEARING ON MOTION TO COMPEL RESPONSES TO POST-JUDGMENT DISCOVERY** |

TO: Lindell Management, LLC and its counsel of record, Thomas F. Miller, 1000 Superior Blvd., Suite 303, Wayzata, MN 55391:

PLEASE TAKE NOTICE that at 2:30 PM CT on May 22, 2024, before the Honorable Dulce J. Foster, United States Magistrate Judge for the District of Minnesota, Robert Zeidman will move this court, pursuant to Federal Rule of Civil Procedure 37, for an Order compelling Lindell Management LLC to provide written responses and produce documents, without objection, to Mr. Zeidman's post-judgment interrogatories and requests for production.

DATED: April 23, 2024

                                                **BAILEY & GLASSER LLP**

                                                By: */s/ Cary Joshi*
                                                        Brian A. Glasser (admitted *pro hac vice*)
                                                        Cary Joshi (admitted *pro hac vice*)
                                                        1055 Thomas Jefferson St, Suite 540
                                                        Washington, DC 20007
                                                        T: (202) 463-2101
                                                        F: (202) 463-2103
                                                        bglasser@baileyglasser.com
                                                        cjoshi@baileyglasser.com

2

David E. Schlesinger (MN# 0387009)
4700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
T: 612-256-3277
F: 612-338-4878
schlesinger@nka.com

*Attorneys for Robert Zeidman*

2