UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Lindell Management LLC Litigation | Case No. 23-cv-1433 (JRT/DJF) <br><br> **[PROPOSED] ORDER GRANTING ROBERT ZEIDMAN'S MOTION TO COMPEL RESPONSES TO POST-JUDGMENT DISCOVERY** |

The above-entitled matter was presented at a hearing before the Honorable Dulce J. Foster, United Stated Magistrate Judge for the District of Minnesota, on May 22, 2024.  The parties appeared by their respective counsel.

Based upon all of the files, records, proceedings, affidavits, arguments of counsel, and pursuant to Federal Rule of Civil Procedure 37:

**IT IS HEREBY ORDERED** that:

1. Robert Zeidman's Motion to Compel Responses to Post-Judgment Discovery is GRANTED in its entirety.

2. Lindell Management, LLC, having failed to meet the deadline for responses to discovery, is ORDERED to produce the requested documents and interrogatory responses, completely and without objection, within ___ days of this order.

Dated: _____, 2024            _____
                                  The Honorable Dulce J. Foster
                                  United States District Court Magistrate Judge