UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Lindell Management LLC Litigation | Case No. 23-cv-1433 (JRT/DJF) |
| | **ROBERT ZEIDMAN'S LR 7.1(F) WORD COUNT COMPLIANCE CERTIFICATE** |

I, Cary Joshi, certify that the Memorandum in Support of Robert Zeidman's Motion to Compel Responses to Post-Judgment Discovery dated April 26, 2024, complies with Local Rule 7.1(F).

I further certify that, in preparation of this memorandum, I used Microsoft Word for Microsoft 365 and that this word processing program has been applied specifically to include all text, including footnotes and quotations in the following word count.

I further certify that the above-referenced memorandum contains 1,295 words.

DATED: April 26, 2024

**BAILEY & GLASSER LLP**

By: */s/ Cary Joshi*
Brian A. Glasser (admitted *pro hac vice*)
Cary Joshi (admitted *pro hac vice*)
1055 Thomas Jefferson St, Suite 540
Washington, DC 20007
T: (202) 463-2101

1

F: (202) 463-2103
bglasser@baileyglasser.com
cjoshi@baileyglasser.com

David E. Schlesinger (MN# 0387009)
4700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
T: 612-256-3277
F: 612-338-4878
schlesinger@nka.com

*Attorneys for Robert Zeidman*

2