UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Lindell Management LLC Litigation | Case No. 23-cv-1433 (JRT/DJF) <br><br> **MEET AND CONFER STATEMENT PURSUANT TO LOCAL RULE 7.1 REGARDING ROBERT ZEIDMAN'S MOTION TO COMPEL RESPONSES TO POST-JUDGMENT DISCOVERY** |

I, Cary Joshi, am one of the attorneys representing Robert Zeidman in the above-referenced matter. I hereby certify that on March 29, 2024, I met and conferred with counsel for Lindell Management, LLC, Thomas F. Miller, on the phone, in an attempt to resolve the parties' differences and obviate the need for this motion. Subsequently, I communicated with Mr. Miller by email several times and advised him that I would be filing this motion. In accordance with Local Rule 7.1(a)(1), I submit this meet-and-confer statement to advise the Court that although the parties communicated related to this motion, they were unable to resolve the issues involved as of the date of this statement.

DATED: April 26, 2024

                                                                **BAILEY & GLASSER LLP**

                                                                 By: */s/ Cary Joshi*
                                                                     Brian A. Glasser (admitted *pro hac vice*)
                                                                     Cary Joshi (admitted *pro hac vice*)

2

        1055 Thomas Jefferson St, Suite 540
Washington, DC 20007
T: (202) 463-2101
F: (202) 463-2103
bglasser@baileyglasser.com
cjoshi@baileyglasser.com

David E. Schlesinger (MN# 0387009)
4700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
T: 612-256-3277
F: 612-338-4878
schlesinger@nka.com

*Attorneys for Robert Zeidman*