# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Lindell Management LLC Litigation | Case No. 23-cv-1433 (JRT/DJF) <br><br> **[PROPOSED] ORDER GRANTING ROBERT ZEIDMAN'S MOTION TO COMPEL RESPONSES TO POST-JUDGMENT DISCOVERY** |

The above-entitled matter was presented at a hearing before the Honorable Dulce J. Foster, United Stated Magistrate Judge for the District of Minnesota, on May 22, 2024. The parties appeared by their respective counsel.

Based upon all of the files, records, proceedings, affidavits, arguments of counsel, and pursuant to Federal Rule of Civil Procedure 37:

**IT IS HEREBY ORDERED** that:

1.  Robert Zeidman's Motion to Compel Responses to Post-Judgment Discovery is GRANTED in its entirety.

2.  Lindell Management, LLC, having failed to meet the deadline for responses to discovery, is ORDERED to provide written responses, without objections, to the February 22, 2024 interrogatories and requests for production within 7 days of this order.

3.  Lindell Management, LLC, is further ORDERED to produce all documents responsive to the February 22, 2024 requests for production within 14 days of this order.

1

2

4.      Lindell Management, LLC is further ORDERED to pay Robert Zeidman's reasonable fees and expenses related to having to bring this motion to compel.


Dated: _____, 2024          _____
                                The Honorable Dulce J. Foster
                                United States District Court Magistrate Judge