UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

In re: Lindell Management LLC  Litigation            Case No. 23-cv-1433 (JDT/DJF)

**DECLARATION OF THOMAS F. MILLER**

I, Thomas F. Miller, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an attorney licensed to practice before this court.  I am over the age of 18 and make this declaration upon my personal knowledge.

2. I, Thomas F. Miller attorney for the Judgment Debtor, state under penalty of perjury that the facts set forth in the Judgment Debtor's Response to Motion to Compel are true and correct.

3. I declare under penalty of perjury that pursuant to the laws of the United States of America that the foregoing is true and correct.

**THOMAS F. MILLER, P.A.**

Dated: May 3, 2024          By     /s/ Thomas F. Miller
                                   Thomas F. Miller, Lic. No. 73477
                                   1000 Superior Blvd., Suite 303
                                   Wayzata, MN 55391
                                   Cell/Text:  612-991-5992
                                   Fax: (952) 404-3893
                                   Email: Thomas@Millerlaw.com

1