# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

In re: Lindell Management LLC  Litigation          Case No. 23-cv-1433 (JDT/DJF)

**(Proposed)  ORDER**

The above-entitled matter came on before the undersigned magistrate judge for hearing on May 22, 2024, upon the Motion of Plaintiff Robert Ziedman's Motion to Compel Responses to Post-Judgment Discovery, docket 64.

Appearances were noted on the record of the court.

Based on all the files, records, and proceedings herein,

IT IS HEREBY ORDERED:

That said Motion to Compel Responses to Post-Judgment Discovery is DENIED.

_____
Dulce J. Foster
United States Magistrate Judge