# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

In re: Lindell Management LLC  Litigation

Case No. 23-cv-1433 (JDT/DJF)

**JUDGMENT DEBTOR'S NOTICE OF HEARING ON MOTION TO AN EXTENSION OF TIME TO RESPOND TO POST-JUDGMENT DISCOVERY**

TO:     Plaintiff and its counsel of record:

PLEASE TAKE NOTICE that at 2:30 PM CDT on May 22, 2024, before the Honorable Dulce J. Foster, United States Magistrate Judge for the District of Minnesota, Defendant will move this Court, pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), for an Order extending its time for it to provide written responses and to produce documents to Plaintiff's post-judgment interrogatories and requests for production.

**THOMAS F. MILLER, P.A.**

Dated: May 6, 2024          By       /s/ Thomas F. Miller
                                     Thomas F. Miller, Lic. No. 73477
                                     1000 Superior Blvd., Suite 303
                                     Wayzata, MN 55391
                                     Cell/Text:  612-991-5992
                                     Fax: (952) 404-3893
                                     Email: Thomas@Millerlaw.com