**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: Lindell Management LLC Litigation | Case No. 23-cv-1433 (JDT/DJF) |
| | **DECLARATION OF DEBTOR'S COUNSEL IN SUPPPORT OF MOTION TO EXTEND TIME TO POST-JUDGMENT DISCOVERY** |

I, Thomas F. Miller, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an attorney licensed to practice before this court. I am over the age of 18 and make this declaration upon my personal knowledge.

2. I, Thomas F. Miller attorney for the Judgment Debtor, state under penalty of perjury that the facts set forth in the Judgment Debtor's Response to Motion to Compel are true and correct.

3. I declare under penalty of perjury that pursuant to the laws of the United States of America that the foregoing is true and correct.

THOMAS F. MILLER, P.A.

Dated: May 6, 2024     By     /s/ Thomas F. Miller
Thomas F. Miller, Lic. No. 73477
1000 Superior Blvd., Suite 303
Wayzata, MN 55391
Cell/Text: 612-991-5992
Fax: (952) 404-3893
Email: Thomas@Millerlaw.com

1