UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Lindell Management LLC  Litigation | Case No. 23-cv-1433 (JDT/DJF)<br><br>**JUDGMENT DEBTOR'S MEMORANDUM IN SUPPORT OF ITS REQUEST FOR AN EXTENSION OF TIME TO FILE RESPONSES TO POST-JUDGMENT DISCOVERY** |

Rule 6 F.R.Civ.P. provides, in regard to computation and extension of time to act under the rules:

(b)   Extending Time.

(1)   In General.  When an act may or must be done within a specified time, the court may, for good cause, extend the time:

************

(B)   on motion made after the time has expired if the party failed

to act because of excusable neglect.

Defendant asserts that the reasons set forth in the attached Declaration of Debtor's Counsel in Support of Motion to Extend Time to Respond to Post-Judgment Discovery set out sufficient bases for granting the requested relief.  No harm will come to the plaintiff by granting the motion.

Respectfully submitted,

**THOMAS F. MILLER, P.A.**

Dated: May 6, 2024        BY    /s/ Thomas F. Miller
Thomas F. Miller, Lic. No. 73477
1000 Superior Blvd., Suite 303
Wayzata, MN 55391
Cell/Text:  612-991-5992
Fax: (952) 404-3893
Email: Thomas@Millerlaw.com