**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

In re: Lindell Management LLC  Litigation          Case No. 23-cv-1433 (JDT/DJF)

**JUDGMENT DEBTOR'S LR 7.1(F) WORD COUNT COMPLIANCE CERTIFICATE**

I, Thomas F. Miller, certify that the Judgment Debtor's Memorandum in Support of Its Request For an Extension of Time to File Responses to Post-Judgment Discovery, complies with Local Rule 7.1(F).

I further certify that, in preparation of this response, I used Microsoft Word for Microsoft 365 and that this word processing program has been applied specifically to include all text, including footnotes and quotations in the following word count.

I further certify that the above-referenced response contains 262 words.

                                       **THOMAS F. MILLER, P.A.**

Dated: May 6, 2024          BY     /s/ Thomas F. Miller
                                                Thomas F. Miller, Lic. No. 73477
                                                1000 Superior Blvd., Suite 303
                                                Wayzata, MN 55391
                                                Cell/Text:  612-991-5992
                                                Fax: (952) 404-3893
                                                Email: Thomas@Millerlaw.com