UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

In re: Lindell Management LLC  Litigation           Case No. 23-cv-1433 (JDT/DJF)

**(Proposed)  ORDER**

---

The above-entitled matter came on before the undersigned magistrate judge for hearing on May 22, 2024, upon the Motion of Defendant for our Extension of Time to Respond to Post-Judgment Discovery.

Appearances were noted on the record of the court.

Based on all the files, records, and proceedings herein,

IT IS HEREBY ORDERED:

That said Motion to extend time to respond to Post-Judgment Discovery is GRANTED Defendant shall respond to Plaintiff's Post-Judgment. Discovery on or before June 14, 2024.

_____
Dulce J. Foster
United States Magistrate Judge