# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

In re: Lindell Management LLC  Litigation

Case No. 23-cv-1433 (JDT/DJF)

**JUDGMENT DEBTOR'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO POST-JUDGMENT DISCOVERY**

Defendant, Lindell Management, LLC, ("Lindell") hereby moves the Court, pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), for an Order extending time for it to produce documents and respond, in writing, to Plaintiff's post-judgment interrogatories and requests for production of documents served by Plaintiff, Mr. Zeidman on February 22, 2024.

**THOMAS F. MILLER, P.A.**

Dated: May 6, 2024

BY     /s/ Thomas F. Miller
Thomas F. Miller, Lic. No. 73477
1000 Superior Blvd., Suite 303
Wayzata, MN 55391
Cell/Text:  612-991-5992
Fax: (952) 404-3893
Email: Thomas@Millerlaw.com