## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Lindell Management LLC Litigation | Case No. 23-cv-1433 (JDT/DJF) |
| | **MEET AND CONFER STATEMENT PURSUANT TO LOCAL RULE 7.1 REGARDING JUDGMENT DEBTOR'S MOTION TO EXTEND TIME TO RESPOND TO DICOVERY** |

I, Thomas F. Miller, an attorney for the defendant in the above referenced matter, hereby certify that on May 6, 2024, I met and conferred with counsel for Robert Zeidman, by Zoom, in an attempt to resolve the parties' differences and obviate the need for this motion.

In accordance with Local Rule 7.1(a)(1), I submit this meet-and-confer statement to advise the Court that the parties communicated regarding this motion and agreed to extend the time to respond to written discovery to May 17, 2024.

Further, the parties reached agreement on a protective order.

**THOMAS F. MILLER, P.A.**

Dated: May 8, 2024        By        /s/ Thomas F. Miller
Thomas F. Miller, Lic. No. 73477
1000 Superior Blvd., Suite 303
Wayzata, MN 55391
Cell/Text: 612-991-5992
Fax: (952) 404-3893
Email: Thomas@Millerlaw.com