UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Lindell Management LLC Litigation | Case No. 23-cv-1433 (JRT/DJF) <br><br>**PARTIES' JOINT STIPULATION REGARDING JUDEGMENT DEBTOR'S MOTION FOR AN EXTENSTION OF TIME TO RESPOND TO POST-JUDGMENT DISCOVERY** |

The parties, per below counsel, hereby notify the court that all issues contained in Judgment Debtor's Motion for an Extension of Time to Respond to Post-Judgment Discovery (ECF No. 71) have been resolved. Those issues addressed in Mr. Zeidman's Motion to Compel (ECF No. 62) remain open.

Date: May 13, 2024

| | |
|---|---|
| */s/ Thomas F. Miller* <br> 1000 Superior Blvd. <br> Suite 303 <br> Wayzata, MN 55391 <br><br> *Attorney for Lindell Management LLC* | */s/ Cary Joshi* <br> Brian A. Glasser (admitted *pro hac vice*) <br> Cary Joshi (admitted *pro hac vice*) <br> 1055 Thomas Jefferson St, Suite 540 <br> Washington, DC 20007 <br> T: (202) 463-2101 <br> F: (202) 463-2103 <br> bglasser@baileyglasser.com <br> cjoshi@baileyglasser.com <br><br> David E. Schlesinger (MN# 0387009) <br> 4700 IDS Center <br> 80 South Eighth Street <br> Minneapolis, MN 55402 |

1

|  | T: 612-256-3277<br>F: 612-338-4878<br>schlesinger@nka.com<br><br>*Attorneys for Robert Zeidman* |
|---|---|