# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Lindell Management LLC Litigation | Case No. 23-cv-1433 (JRT/DJF)<br><br>**DECLARATION OF SERVICE OF CARY JOSHI** |

I, Cary Joshi, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney with Bailey & Glasser LLP. I am over the age of 18 and make this declaration upon my personal knowledge.

2. On June 4, 2024, the Court issued an order (ECF No. 79) which, among other things, rescheduled for July 17, 2024, at 9:30 AM CT, the hearing on Petitioner's pending Motion to Compel Responses to Post-Judgment Discovery (ECF No. 62).

3. On June 13, 2024, the Court issued an order (ECF No. 81) directing counsel for Petitioner to serve ECF No. 79 and ECF No. 81 directly on Respondent (*i.e.*, Lindell Management, LLC) and to file a declaration of service of the same by June 20, 2024.

4. On June 18, 2024, I emailed Douglas Wardlow, General Counsel for Respondent, attaching both ECF No. 79 and ECF No. 81, and inquiring whether Mr. Wardlow was able to accept service of both documents on behalf of Respondent.

5. On June 18, 2024, about five minutes after sending the email described in paragraph 4 above, Mr. Wardlow responded to my email saying that he was able to accept service on behalf of Respondent.

2

6.  I declare under penalty of perjury that pursuant to the laws of the United States of America that the foregoing is true and correct.

DATED: June 18, 2024

                              **BAILEY & GLASSER LLP**

                              /s/ *Cary Joshi*
                              Cary Joshi
                              *Attorney for Petitioner Robert Zeidman*