UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Lindell Management LLC Litigation | Case No. 23-cv-1433 (JRT/DJF)<br><br>**ROBERT ZEIDMAN'S ACCOUNTING IN SUPPORT OF REQUEST FOR ATTORNEY'S FEES** |

Robert Zeidman, pursuant to Federal Rule of Civil Procedure 37(a)(5)(A) and this Court's July 17, 2024 Order (ECF 85), files here a written accounting of his attorney's fees and hourly rates (Declaration of C. Joshi ¶2) supporting his request for $12,880 in attorney's fees incurred in bringing a motion to compel against Lindell Management LLC (ECF 62).

DATED: July 23, 2024

                                                  **BAILEY & GLASSER LLP**

                                                  By: */s/ Cary Joshi*
                                                      Brian A. Glasser (admitted *pro hac vice*)
                                                        Cary Joshi (admitted *pro hac vice*)
                                                        1055 Thomas Jefferson St, Suite 540
                                                        Washington, DC 20007
                                                        T: (202) 463-2101
                                                         F: (202) 463-2103
                                                        bglasser@baileyglasser.com
                                                        cjoshi@baileyglasser.com

                                                        David E. Schlesinger (MN# 0387009)
                                                       4700 IDS Center

1

80 South Eighth Street
Minneapolis, MN 55402
T: 612-256-3277
F: 612-338-4878
schlesinger@nka.com

*Attorneys for Robert Zeidman*