UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Lindell Management LLC Litigation | Case No. 23-cv-1433 (JRT/DJF) <br><br> **DECLARATION OF CARY JOSHI** |

I, Cary Joshi, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney with Bailey & Glasser LLP. I am over the age of 18 and make this declaration upon my personal knowledge.

2. The attached accounting (Exhibit A) is a copy of the billing records of my firm and reflects the hourly rate and attorney's fees incurred in bringing the motion to compel against Lindell Management LLC (ECF 62).

3. The total incurred for attorney's fees is $12,880.

4. I declare under penalty of perjury that pursuant to the laws of the United States of America that the foregoing is true and correct.

DATED: July 23, 2024

**BAILEY & GLASSER LLP**

/s/ *Cary Joshi*
Cary Joshi
*Attorney for Petitioner Robert Zeidman*

1

# EXHIBIT A

# Time Report

**Billed and Unbilled**

**Zeidman, Robert / Contract Case (ZEID001-2003596)**  **07/18/2024**

| Date | SM/Task | Attorney | Name | Staff Level | Description | Rate | Orig Hrs | Orig Amt | Orig Rate | Rev Hrs | Rev Amt | Rev Rate | Service | Activity | Invoice | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# Time Report

**Billed and Unbilled**

**Zeidman, Robert / Contract Case (ZEID001-2003596)**  **07/18/2024**

| Date | SM/Task | Attorney | Name | Staff Level | Description | Rate | Orig Hrs | Orig Amt | Orig Rate | Rev Hrs | Rev Amt | Rev Rate | Service | Activity | Invoice | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/10/2024 | | 1173 | Joshi, Cary L | 1000 | Partner | 1771 | 0.20 | 160.00 | 800.00 | 0.20 | 160.00 | 800.00 | 10000 | | 0 | Unbilled |
| Research motion to compel. | | | | | | | | | | | | | | | | |
| 04/11/2024 | | 1173 | Joshi, Cary L | 1000 | Partner | 1771 | 2.60 | 2,080.00 | 800.00 | 2.60 | 2,080.00 | 800.00 | 10000 | | 0 | Unbilled |
| Contact court for motion hearing; research procedure for motion; research final judgments. | | | | | | | | | | | | | | | | |

# Time Report

**Billed and Unbilled**

**Zeidman, Robert / Contract Case (ZEID001-2003596)**  **07/18/2024**

| Date | SM/Task | Attorney | Name | Staff Level | Description | Rate | Orig Hrs | Orig Amt | Orig Rate | Rev Hrs | Rev Amt | Rev Rate | Service | Activity | Invoice | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/22/2024 | | 1173 | Joshi, Cary L | 1000 | Partner | 1771 | 0.30 | 240.00 | 800.00 | 0.30 | 240.00 | 800.00 | 10000 | | 0 | Unbilled |
| Prepare notice of hearing. | | | | | | | | | | | | | | | | |
| 04/23/2024 | | 1173 | Joshi, Cary L | 1000 | Partner | 1771 | 1.40 | 1,120.00 | 800.00 | 1.40 | 1,120.00 | 800.00 | 10000 | | 0 | Unbilled |
| Prepare motion to compel. | | | | | | | | | | | | | | | | |
| 04/24/2024 | | 1173 | Joshi, Cary L | 1000 | Partner | 1771 | 0.30 | 240.00 | 800.00 | 0.30 | 240.00 | 800.00 | 10000 | | 0 | Unbilled |
| Prepare motion to compel. | | | | | | | | | | | | | | | | |
| 04/26/2024 | | 1173 | Joshi, Cary L | 1000 | Partner | 1771 | 3.50 | 2,800.00 | 800.00 | 3.50 | 2,800.00 | 800.00 | 10000 | | 0 | Unbilled |
| Prepare motion to compel post-judgment discovery. | | | | | | | | | | | | | | | | |

# Time Report

**Billed and Unbilled**

**Zeidman, Robert / Contract Case (ZEID001-2003596)**  **07/18/2024**

| Date | SM/Task | Attorney | Name | Staff Level | Description | Rate | Orig Hrs | Orig Amt | Orig Rate | Rev Hrs | Rev Amt | Rev Rate | Service | Activity | Invoice | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/06/2024 | | 1173 | Joshi, Cary L | 1000 | Partner | 1771 | 0.50 | 400.00 | 800.00 | 0.50 | 400.00 | 800.00 | 10000 | | 0 | Unbilled |
| Conference with opposing counsel , re: motion to compel and extension of time. | | | | | | | | | | | | | | | | |
| 05/07/2024 | | 1173 | Joshi, Cary L | 1000 | Partner | 1771 | 0.40 | 320.00 | 800.00 | 0.40 | 320.00 | 800.00 | 10000 | | 0 | Unbilled |
| Review motion by opposing counsel. | | | | | | | | | | | | | | | | |

# Time Report

**Billed and Unbilled**

**Zeidman, Robert / Contract Case (ZEID001-2003596)**                           **07/18/2024**

| Date | SM/Task | Attorney | Name | Staff Level | Description | Rate | Orig Hrs | Orig Amt | Orig Rate | Rev Hrs | Rev Amt | Rev Rate | Service | Activity | Invoice | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/21/2024 | | 1173 | Joshi, Cary L | 1000 | Partner | 1771 | 0.30 | 240.00 | 800.00 | 0.30 | 240.00 | 800.00 | 10000 | | 0 | Unbilled |
| | | | Review order to postpone hearing and Correspond with opposing counsel . | | | | | | | | | | | | | |

# Time Report

**Billed and Unbilled**

**Zeidman, Robert / Contract Case (ZEID001-2003596)**  **07/18/2024**

| Date | SM/Task | Attorney | Name | Staff Level | Description | Rate | Orig Hrs | Orig Amt | Orig Rate | Rev Hrs | Rev Amt | Rev Rate | Service | Activity | Invoice | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# Time Report

**Billed and Unbilled**

**Zeidman, Robert / Contract Case (ZEID001-2003596)**  **07/18/2024**

| Date | SM/Task | Attorney | Name | Staff Level | Description | Rate | Orig Hrs | Orig Amt | Orig Rate | Rev Hrs | Rev Amt | Rev Rate | Service | Activity | Invoice | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/05/2024 | | 1173 | Joshi, Cary L | 1000 | Partner | 1771 | 1.30 | 1,040.00 | 800.00 | 1.30 | 1,040.00 | 800.00 | 10000 | | 0 | Unbilled |
| Conference with M. Rios, re: discovery hearing; research collections in MN; draft discovery motion. | | | | | | | | | | | | | | | | |
| 06/06/2024 | | 1173 | Joshi, Cary L | 1000 | Partner | 1771 | 0.20 | 160.00 | 800.00 | 0.20 | 160.00 | 800.00 | 10000 | | 0 | Unbilled |
| Correspond with court, re: discovery hearing date. | | | | | | | | | | | | | | | | |

# Time Report

**Billed and Unbilled**

**Zeidman, Robert / Contract Case (ZEID001-2003596)**  **07/18/2024**

| Date | SM/Task | Attorney | Name | Staff Level | Description | Rate | Orig Hrs | Orig Amt | Orig Rate | Rev Hrs | Rev Amt | Rev Rate | Service | Activity | Invoice | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# Time Report

**Billed and Unbilled**

**Zeidman, Robert / Contract Case (ZEID001-2003596)**    **07/18/2024**

| Date | SM/Task | Attorney | Name | Staff Level | Description | Rate | Orig Hrs | Orig Amt | Orig Rate | Rev Hrs | Rev Amt | Rev Rate | Service | Activity | Invoice | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# Time Report

**Billed and Unbilled**

**Zeidman, Robert / Contract Case (ZEID001-2003596)**   **07/18/2024**

| Date | SM/Task | Attorney | Name | Staff Level | Description | Rate | Orig Hrs | Orig Amt | Orig Rate | Rev Hrs | Rev Amt | Rev Rate | Service | Activity | Invoice | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/11/2024 | | 1173 | Joshi, Cary L | 1000 | Partner | 1771 | 0.40 | 320.00 | 800.00 | 0.40 | 320.00 | 800.00 | 10000 | | 0 | Unbilled |
| Prepare for discovery hearing. | | | | | | | | | | | | | | | | |
| 07/16/2024 | | 1173 | Joshi, Cary L | 1000 | Partner | 1771 | 2.80 | 2,240.00 | 800.00 | 2.80 | 2,240.00 | 800.00 | 10000 | | 0 | Unbilled |
| Review pleadings and research in preparation for hearing on motion to compel. | | | | | | | | | | | | | | | | |
| 07/17/2024 | | 1173 | Joshi, Cary L | 1000 | Partner | 1771 | 1.90 | 1,520.00 | 800.00 | 1.90 | 1,520.00 | 800.00 | 10000 | | 0 | Unbilled |
| Prepare for and attend hearing on motion to compel. | | | | | | | | | | | | | | | | |

# Time Report

CASE 0:23-cv-01433-JRT-DJF   Doc. 87-1   Filed 07/23/24   Page 13 of 13

**Billed and Unbilled**

**Zeidman, Robert / Contract Case (ZEID001-2003596)**                                    **07/18/2024**

| Date | SM/Task | Attorney | Name | Staff Level | Description | Rate | Orig Hrs | Orig Amt | Orig Rate | Rev Hrs | Rev Amt | Rev Rate | Service | Activity | Invoice | Status |
|------|---------|----------|------|-------------|-------------|------|----------|----------|-----------|---------|---------|----------|---------|----------|---------|--------|