# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Lindell Management LLC Litigation | Case No. 23-cv-1433 (JRT/DJF) <br><br> **ROBERT ZEIDMAN'S MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS** |

On July 17, 2024, the Court ordered Lindell Management LLC to respond, in writing, to Robert Zeidman's post-judgment requests for production of documents on July 31, 2024. (EFC 85). To date, Lindell Management LLC has not served written responses to Mr. Zeidman's requests for production. Mr. Zeidman moves the Court for another order compelling Lindell Management LLC to comply with the Court's July 17, 2024 order. This motion is based upon the accompanying Memorandum of Law.

DATED: August 8, 2024

        **BAILEY & GLASSER LLP**

        By: */s/ Cary Joshi*
            Brian A. Glasser (admitted *pro hac vice*)
            Cary Joshi (admitted *pro hac vice*)
            1055 Thomas Jefferson St, Suite 540
            Washington, DC 20007
            T: (202) 463-2101
            F: (202) 463-2103
            bglasser@baileyglasser.com
            cjoshi@baileyglasser.com

2

David E. Schlesinger (MN# 0387009)
4700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
T: 612-256-3277
F: 612-338-4878
schlesinger@nka.com

*Attorneys for Robert Zeidman*

2