# EXHIBIT A

| | |
|---|---|
| From: | Thomas Miller |
| To: | Cary Joshi |
| Cc: | Manuel J. Rios, Jr. |
| Subject: | RE: Zeidman v Lindell: discovery requests |
| Date: | Wednesday, August 7, 2024 12:08:38 PM |

**CAUTION:** **External Email**

We are targeting Friday for this working as hard as we can thanks



/e/ Thomas F. Miller
Thomas@millerlaw.com
Cell/text: 612-991-5992



-------- Original message --------
From: Cary Joshi <CJoshi@baileyglasser.com>
Date: 8/7/24 10:49 AM (GMT-06:00)
To: Thomas Miller <Thomas@millerlaw.com>
Cc: "Manuel J. Rios, Jr." <mrios@baileyglasser.com>
Subject: RE: Zeidman v Lindell: discovery requests

Tom,

The judge's order states that Lindell Management will provide written responses to both our interrogatories and requests for production by July 31, 2024. We only received responses to the interrogatories and we received them on Aug. 1. Please advise as to the written responses to the RFPs.

Cary

_____

**Cary Joshi**

## Bailey & Glasser, LLP

1055 Thomas Jefferson Street NW
Suite 540
Washington,  DC  20007
T: 202.463.2101
F: 202.463.2103

CJoshi@baileyglasser.com
www.baileyglasser.com

This message and any attached documents contain information from the law firm of Bailey & Glasser LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail then delete this message.

**From:** Thomas Miller <Thomas@millerlaw.com>
**Sent:** Thursday, August 1, 2024 6:10 PM
**To:** Cary Joshi <CJoshi@baileyglasser.com>
**Cc:** Manuel J. Rios, Jr. <mrios@baileyglasser.com>
**Subject:** Re: Zeidman v Lindell: discovery requests

**CAUTION:** External Email

Dear Counsel, I attach herewith and serve upon you the judgment debtor's responses to interrogatories.

Please let know if you would like to have the original signature.

Many thanks for your courtesies.

**Thomas F. Miller, P.A.**

*/s/ Thomas F. Miller, MN Bar 73477*

1000 Superior Blvd., Ste. 303

Wayzata, MN 55391

thomas@millerlaw.com

www.millerlaw.com

Cell/Text: (612) 991-5992

Fax:        (952) 404-3893