# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Lindell Management LLC Litigation | Case No. 23-cv-1433 (JRT/DJF) <br><br> **[PROPOSED] ORDER GRANTING ROBERT ZEIDMAN'S MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS** |

The above-entitled matter will be presented at a hearing before the Honorable Dulce J. Foster, United Stated Magistrate Judge for the District of Minnesota, at a date to be determined.

Based upon all of the files, records, proceedings, affidavits, arguments of counsel, and pursuant to the Court's July 17, 2024 Order (ECF 85):

**IT IS HEREBY ORDERED** that:

1.   Robert Zeidman's Motion to Compel Responses to Requests for Production of Documents is GRANTED in its entirety.

2.   Lindell Management, LLC, having failed to meet the deadline for responses to discovery, is ORDERED to provide, within one day of this order, written responses to the February 22, 2024 requests for production.

Dated: _____, 2024      _____
The Honorable Dulce J. Foster
United States District Court Magistrate Judge

1