

**BAILEY GLASSER** LLP   1055 Thomas Jefferson St. NW Suite 540   **Cary Joshi**
Washington, DC 20007   cjoshi@baileyglasser.com
Tel: 202.463.2101
Fax: 202.463.2103

August 26, 2024

**Via Email**
The Honorable Dulce J. Foster
United States District Court Magistrate Judge

    Re:    In re: Lindell Management LLC Litigation
            Case No. 23-cv-1433 (JRT/DJF)

Dear Judge Foster:

As requested, included here is the update on the discovery responses and documents that Lindell Management LLP was first ordered to provide on July 31, 2024 and then was subsequently ordered to provide on August 23, 2024.

The written responses have been provided. Lindell Management LLC has also produced documents in electronic format that we have not yet been able to review. I have been in touch with counsel for Lindell Management and we have agreed to continue to work through any technical or substantive issues related to the responses and productions.

                                                                     Sincerely,

                                                                      Cary Joshi