UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Lindell Management LLC Litigation | Case No. 23-cv-1433 (JRT/DJF)<br><br>**ROBERT ZEIDMAN'S THIRD MOTION TO COMPEL RESPONSES TO POST-JUDGMENT DISCOVERY** |

Mr. Zeidman moves this court pursuant to Federal Rule of Civil Procedure 37 for an order compelling Lindell Management LLC to provide verification of an amended interrogatory as required by Federal Rule of Civil Procedure 33 and to produce certain documents responsive to Mr. Zeidman's post-judgment requests for production of documents and to provide them in a useable format as required by Federal Rule of Civil Procedure 34.

This motion is based upon the accompanying Memorandum of Law.

DATED: December 9, 2024

**BAILEY & GLASSER LLP**

By: */s/ Cary Joshi*
Brian A. Glasser (admitted *pro hac vice*)
Cary Joshi (admitted *pro hac vice*)
1055 Thomas Jefferson St, Suite 540
Washington, DC 20007
T: (202) 463-2101
F: (202) 463-2103
bglasser@baileyglasser.com
cjoshi@baileyglasser.com

David E. Schlesinger (MN# 0387009)

1

2

4700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
T: 612-256-3277
F: 612-338-4878
schlesinger@nka.com

*Attorneys for Robert Zeidman*