UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Lindell Management LLC Litigation | Case No. 23-cv-1433 (JRT/DJF)<br><br>**ROBERT ZEIDMAN'S NOTICE OF HEARING ON THIRD MOTION TO COMPEL RESPONSES TO POST-JUDGMENT DISCOVERY** |

TO: Lindell Management, LLC and its counsel of record, Thomas F. Miller, 1000 Superior Blvd., Suite 303, Wayzata, MN 55391:

PLEASE TAKE NOTICE that at a time to be determined by the Court, by video conference, before the Honorable Dulce J. Foster, United States Magistrate Judge for the District of Minnesota, Robert Zeidman will move this court, pursuant to Federal Rule of Civil Procedure 37, for an Order compelling Lindell Management LLC to provide verification of an amended interrogatory, to produce certain documents responsive to Mr. Zeidman's post-judgment requests for production of documents and to provide them in a useable format.

DATED: December 9, 2024

                                              **BAILEY & GLASSER LLP**

                                              By: */s/ Cary Joshi*
                                                    Brian A. Glasser (admitted *pro hac vice*)
                                                    Cary Joshi (admitted *pro hac vice*)
                                                    1055 Thomas Jefferson St, Suite 540
                                                    Washington, DC 20007
                                                    T: (202) 463-2101
                                                    F: (202) 463-2103

bglasser@baileyglasser.com
cjoshi@baileyglasser.com

David E. Schlesinger (MN# 0387009)
4700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
T: 612-256-3277
F: 612-338-4878
schlesinger@nka.com

*Attorneys for Robert Zeidman*

2