## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Lindell Management LLC Litigation | Case No. 23-cv-1433 (JRT/DJF) |
| | **[PROPOSED] ORDER GRANTING ROBERT ZEIDMAN'S THIRD MOTION TO COMPEL RESPONSES TO POST-JUDGMENT DISCOVERY** |

The above-entitled matter will be presented at a hearing before the Honorable Dulce J. Foster, United Stated Magistrate Judge for the District of Minnesota, at a date to be determined.

Based upon all of the files, records, proceedings, affidavits and arguments of counsel:

**IT IS HEREBY ORDERED** that:

1.      Robert Zeidman's Third Motion to Compel Responses to Post-Judgment Discovery is GRANTED in its entirety.

2.      Lindell Management LLC will produce within 5 business days the QuickBooks files in a reviewable format at no expense to Mr. Zeidman;

3.      Lindell Management LLC will produce within 5 business days all documents responsive to Request for Production No. 5; and

4.      Lindell Management LLC will provide within 5 business days a signed verification for amended response to Interrogatory No. 7.

1

Dated: _____, 2024          _____
                                The Honorable Dulce J. Foster
                                United States District Court Magistrate Judge