# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 24-1608

_____

Robert Zeidman

Petitioner - Appellee

v.

Lindell Management LLC

Respondent - Appellant

_____

Appeal from U.S. District Court for the District of Minnesota
 (0:23-cv-01433-JRT)
_____

**JUDGMENT**

Before LOKEN, SMITH, and GRASZ, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

                                               July 23, 2025

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
      /s/ Susan E. Bindler