**BAILEY GLASSER** LLP

1055 Thomas Jefferson St. NW Suite 540
Washington, DC 20007
Tel: 202.463.2101
Fax: 202.463.2103

Cary Joshi
cjoshi@baileyglasser.com

September 2, 2025

**VIA ECF**

The Honorable John R. Tunheim
Federal District Court for the District of Minnesota
300 South Fourth Street - Suite 202
Minneapolis, MN 55415

Re:   In re: Lindell Management LLC Litigation
      Case No. 23-cv-1433 (JRT/DJF)

Dear Judge Tunheim:

We represent Robert Zeidman and write in response to this Court's Order of August 18, 2025 (ECF 112), directing that both parties write to the Court suggesting how to proceed in light of the opinion issued by the 8th Circuit Court of Appeals on July 23, 2025.

Mr. Zeidman intends to petition the Supreme Court of the United States for a writ of certiorari to review the 8th Circuit Court of Appeals' decision to reverse the judgment of this court affirming the arbitration award. Upon resolution of the petition, should the case ultimately be remanded to this court, Mr. Zeidman would ask this court to remand to the arbitrators to address, in the first instance, the claims it did not reach, namely the Minnesota Consumer Fraud Act claim and the unconscionability claim. The panel did not address these claims having found that Mr. Zeidman prevailed on his breach of contract claim. Mr. Zeidman would ask that the panel be given the opportunity to consider these claims in light of the 8th Circuit Court of Appeals' decision.

Sincerely

Hon. Judge Tunheim
September 2, 2025
Page 2

Cary Joshi