**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: Lindell Management LLC Litigation | Case No. 23-cv-1433 (JRT/DJF) |
| Robert Zeidman, <br><br> Petitioner, <br><br> v. <br><br> Lindell Management, LLC, <br><br> Respondent. | **WORD COUNT CERTIFICATE** |

I, Barbara Podlucky Berens, certify Respondent Lindell Management, LLC's Memorandum of Law in Opposition to Petitioner Robert Zeidman's Motion for Rehearing by the Arbitration Panel complies with the length and type size requirements of Local Rule 7.1(f) and 7.1(h) because the total word count, according to the word count tool of the word processing system used (Microsoft Word 2019), is 3,622 words and therefore is in compliance with the 12,000 word length requirement under Local Rule 7.1(f).

2

Dated:  April 30, 2026

**BERENS & MILLER, P.A.**

s/Barbara Podlucky Berens
Barbara Podlucky Berens (#209788)
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone:  612-349-6171
Email:  bberens@berensmiller.com

*Attorneys for Respondent Lindell
Management LLC*

2